**08 CV 03312**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIRST SERVICE FINANCIAL INC,

          Plaintiff,

-against-

THE CITY LIGHTS AT QUEENS LANDING INC.,

          Defendant.

JUDGE JONES

RULE 7.1 STATEMENT

Case No.



RECEIVED APR 02 2008 U.S.D.C. S.D.N.Y. CASHIERS

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff FIRST SERVICE FINANCIAL INC. is a wholly-owned subsidiary of FirstService Corporation, a publicly-traded corporation that owns one-hundred percent (100%) of First Service Financial Inc.'s stock.

Dated: April 2, 2008
      New York, New York

CASCONE, COLE & COLLYER

By: Michael S. Cole (MSC 0636)
711 Third Avenue –15th Floor
New York, NY 10017.
Tel: (212) 599-4747
Attorneys for Plaintiff First Service
    Financial Inc.