Jones/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

FIRST SERVICE FINANCIAL INC.,

                               Plaintiff,            Case No. 08-CV-03312 (BSJ)
                                                     (FM)
              -against-
                                                     **STIPULATION**
THE CITY LIGHTS AT QUEENS LANDING INC.,              **EXTENDING TIME**

                               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - X


        IT IS HEREBY STIPULATED AND AGREED by and between the respective parties

that the time for Defendant Citylights at Queens Landing to answer, move or otherwise respond

to the Complaint be, and the same hereby is, extended up to and including May 28, 2008.

BLANK ROME LLP                          CASCONE, COLE & COLLYER
*Attorneys for Defendant Citylights*    *Attorneys for Plaintiff First Service Financial, Inc.*
*of Queens Landing*

By:_____              By:_____
     Harris N. Cogan    (HC-9313)            Michael S. Cole (MSC-0636)
     Jennifer S. Smith  (JS-1941)       711 Third Avenue
405 Lexington Ave.                      15th Floor
New York, New York 10174                New York, New York 10017
Tel. (212) 885-5000                     Tel. (212) 599-4747



**SO ORDERED, this 5th day of May 2008:**

_____
                U.S.D.J.
**Southern District of New York**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08