UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – X

| | |
|---|---|
| FIRST SERVICE FINANCIAL INC., | Case No. 08-CV-03312 (BSJ) (FM) |
| Plaintiff, | |
| -against- | **NOTICE OF MOTION TO DISMISS** |
| THE CITY LIGHTS AT QUEENS LANDING INC., | |
| Defendant. | |

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – X

**PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law, Defendant Citylights at Queens Landing Inc., sued herein as The City Lights at Queens Landing Inc., ("Citylights") will move this Court before the Hon. Barbara Jones, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St, New York, NY, on a date to be determined by the Court, for an Order dismissing the Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6), and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within ten business days after service of these papers.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Rule 6.1(c), oral argument shall be heard if directed by the Court, and oral argument is requested.

Dated: New York, New York
      May 28, 2008

BLANK ROME LLP

By:___s/_Harris N. Cogan_____
    Harris N. Cogan (HC-9313)
    Jennifer S. Smith (JS-1941)
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
*Attorneys for Defendant*