UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
FIRST SERVICE FINANCIAL INC.,

                Plaintiff,

   -against-

THE CITY LIGHTS AT QUEENS LANDING INC.,

                Defendant.
------------------------------ X

Case No. 08-CV-03312 (BSJ) (FM)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Citylights at Queens Landing, Inc. hereby states that it has no parent corporation, and that no publicly held corporation owns 10 percent or more of its stock.

Dated:  New York, New York
        May 28, 2008

                              BLANK ROME LLP

                              By:___s/_Harris N. Cogan_____
                                  Harris N. Cogan (HC-9313)
                                  Jennifer S. Smith (JS-1941)
                              405 Lexington Avenue
                              New York, New York 10174
                              (212) 885-5000
                              *Attorneys for Defendant*