AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

## APPEARANCE

FIRST SERVICE FINANCIAL INC. vs. THE CITY LIGHTS AT QUEENS LANDING INC.

Case Number: 08-CV-03312 (BSJ)(FM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant City Lights at Queens Landing

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/3/2008 | _signature_ |
| Date | Signature |
| | Jennifer S. Smith — JS 1941 |
| | Print Name — Bar Number |
| | Blank Rome, LLP, 405 Lexington Ave., The Chrysler Bldg. |
| | Address |
| | New York — NY — 10174 |
| | City — State — Zip Code |
| | (212) 885-5000 — (212) 885-5001 |
| | Phone Number — Fax Number |