JONES, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIRST SERVICE FINANCIAL INC,

                Plaintiff,

-*against*-

THE CITY LIGHTS AT QUEENS LANDING INC.,

                Defendant.

**STIPULATION ADJOURNING MOTION**
(Briefing Schedule)

Case No. 08-cv-03312
(BSJ) (FM)

---

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, that the time for plaintiff to respond to the defendant's motion pursuant to FRCP 12(b)(6) shall be on or before June 30, 2008, and that the time for defendant to reply shall be on or before July 22, 2008.

CASCONE, COLE & COLLYER

By: _____
Michael S. Cole (MC-0636)
711 Third Avenue – 15th Floor
New York, NY 10017
Tel: (212) 599-4747
*Attorneys for Plaintiff*

BLANK ROME LLP

By: _____
Harris N. Cogan (HC-9313)
405 Lexington Avenue
New York, NY 10174
Tel: (212) 885-5000
*Attorneys for Defendant*

SO ORDERED, this 4th day of June, 2008

_____
Barbara S. Jones, U.S.D.J.
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08
```