50-555.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
FIRST SERVICE FINANCIAL INC.,

                        Plaintiff,

    -against-

THE CITY LIGHTS AT QUEENS LANDING INC.,

                      Defendant.
------------------------------------------------- X

Case No. 08-CV-03312 (BSJ) (FM)

**STIPULATION EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the respective parties that the time for Defendant Citylights at Queens Landing to serve and file its reply brief in support of its motion to dismiss the Complaint be, and the same hereby is, extended up to and including August 5, 2008.

BLANK ROME LLP
*Attorneys for Defendant Citylights at Queens Landing*

By: _____
    Harris N. Cogan  (HC-9313)
    Jennifer S. Smith  (JS-1941)
405 Lexington Ave.
New York, New York 10174
Tel. (212) 885-5000

CASCONE, COLE & COLLYER
*Attorneys for Plaintiff First Service Financial, Inc.*

By: _____
    Michael S. Cole (MSC-0636)
711 Third Avenue
15th Floor
New York, New York 10017
Tel. (212) 599-4747

SO ORDERED, this 21st day of July 2008:

_____
Southern District of New York

129064.00602/6635221v.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/08